# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00036-CV

### In re Carmen Carter-Faughtenbery

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Carmen Carter Faughtenbery filed a wrongful death suit against Kourtney Voigt alleging that Voight "negligently, with gross negligence or malice, or intentionally, created a foreseeable medical emergency, and failed to exercise ordinary care to address it, which conduct was a proximate cause of" the death of Faughtenbery's son Tyson Lambeck. Faughtenbery filed the suit individually and as next friend of Lambeck and Voigt's son T.L. Faughtenbery later filed a motion asking the trial court to appoint her as a guardian ad litem for T.L. In response, Voigt filed a motion to dismiss. After convening a hearing, the trial court granted in part Voigt's motion to dismiss by dismissing the claims Faughtenbery sought to pursue on behalf of T.L. In its order, the trial court also denied Faughtenbery's motion to appoint her as a guardian ad litem. Following that ruling, Faughtenbery filed a petition for writ of mandamus asking this Court to direct the trial court to withdraw its order dismissing the claims brought on behalf of T.L. and to appoint a guardian ad litem for T.L. *See* Tex. Gov't Code § 22.221; Tex. R. App. P. 52.1. Having reviewed the petition, the response, and the record, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a) (requiring court to deny petition if court determines that

relator is not entitled to relief sought); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004) (explaining that to be entitled to mandamus relief relator must show both that trial court abused its discretion and that relator has no adequate remedy by appeal).

_____

Thomas J. Baker, Justice

Before Justices Baker, Kelly, Smith

Filed:  March 10, 2023